IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BESSIE COACH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06CV1068-WC |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION**

On May 11, 2007, Defendant filed a Motion to Reverse and Remand (Doc. #15) this cause pursuant to sentence four of 42 U.S.C. § 405(g). Upon consideration of Defendant's motion to remand, it is the OPINION of this Court that:

1. Defendant's motion to Reverse and Remand (Doc. #15) pursuant to sentence four of 42 U.S.C. § 405(g) be GRANTED;

2. Defendant's determination is REVERSED;

3. The case be REMANDED to the Administrative Law Judge to: (a) evaluate the credibility of Plaintiff's subjective complaints in accordance with 20 C.F.R. § 404.159 and 416.929, Social Security Ruling 96-7p, and applicable Eleventh Circuit case law, and (b) account for all of Plaintiff's credible limitations in her residual functional capacity determination.

A separate order will issue.

Done this 14th day of May, 2007.

                                                 /s/ Wallace Capel, Jr.
                                                 WALLACE CAPEL, JR.
                                                 UNITED STATES MAGISTRATE JUDGE